**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

William McFarland, Appellant,

v.

Sofia Mazell, Michael Mazell, Pierceton Mazell, and Faith Mazell, Respondents.

Appellate Case No. 2014-000141

Appeal From Dorchester County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No. 2015-UP-427
Submitted April 1, 2015 – Filed August 19, 2015

**APPEAL DISMISSED**

Amanda R. Maybank and Jason A Daigle, of Maybank Law Firm, LLC, of Charleston, for Appellant.

William B. Jung, of William B. Jung, Esq., LLC, of Mt. Pleasant, for Respondents.

**PER CURIAM:** On September 25, 2012, Sofia, Michael, Pierceton, and Faith Mazell filed a complaint and motion for a restraining order against William McFarland for harassment and stalking. On October 12, 2012, the magistrates

court held a hearing and issued a restraining order effective until April 12, 2013. Thereafter, the circuit court affirmed the magistrates court's order. McFarland now appeals to this court, arguing the circuit court erred in affirming the restraining order. Because the restraining order expired on April 12, 2013, we find a ruling on the issues pending before this court will have no practical effect on the parties. Accordingly, we dismiss[1] the appeal as moot. *See Curtis v. State*, 345 S.C. 557, 567, 549 S.E.2d 591, 596 (2001) ("An appellate court will not pass on moot and 2015controversy."); *id.* ("A case becomes moot when judgment, if rendered, will have no practical legal effect upon [the] existing controversy." (internal quotation marks and citation omitted)).

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.